# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA PEREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION, INC., and DOES 1-20,<br><br>　　　　Defendants. | No.: **1:21−CV−00836−DAD−JLT**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION RE: PROTECTED MATERIALS**<br><br>(Doc. 9) |

The parties have stipulated that the Court should issue a protective order for certain specified categories of documents (Doc. 9). The Court **GRANTS** the stipulation except to reiterate that this protective order DOES NOT entitle them to file any documents under seal. Rather, if they believe a document should be filed under seal, they SHALL follow the requirements of Local Rule 141.

IT IS SO ORDERED.

　　Dated:　**November 28, 2021**　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE