# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No. 1: 21-cv-00836-DAD-BAK<br><br>ORDER VACATING MID-DISCOVERY STATUS CONFERENCE<br><br>(ECF Nos. 11, 12, 13) |

  There is a mid-discovery status conference set for January 27, 2022. (ECF No. 13.) The Court has reviewed the joint statement of the parties filed on December 29, 2021, and finds that given the status of the discovery between the parties, it is not necessary for the Court to hold a status conference or for the parties to appear before the Court to address any outstanding issues regarding the discovery. The Court shall vacate the mid-discovery status conference.

  The parties are further informed that should a discovery dispute or the need for an informal discovery conference arise, the Court provides an informal process for the parties to bring such discovery disputes before the Court without the need for the filing of a motion, if the parties consent to such informal process. Additional requirements and more detailed procedures for informal discovery conferences before United States Magistrate Judge Stanley A. Boone can be found at the United States District Court for the Eastern District of California's website (www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone

1

1  (SAB). In the area entitled "Case Management Procedures," there is a link to "Discovery
2  Dispute Procedures."
3      Accordingly, IT IS HEREBY ORDERED that the mid-discovery status conference set for
4  January 27, 2022, in Courtroom 9 at 8:30 a.m., is VACATED.

IT IS SO ORDERED.

Dated:  **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE