# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA PEREZ, | Case No. 1:21-cv-00836-DAD-BAK |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| COSTCO WHOLESALE CORPORATION, | (ECF No. 16) |
| Defendant. | |

This action was removed to this Court on May 24, 2021. (ECF No. 1.) On August 9, 2021, a scheduling order issued. (ECF No. 7.) No trial date is currently set in this matter, and no modifications to the scheduling order have been entered. On April 5, 2022, the parties filed a stipulation requesting discovery deadlines be extended for a period of approximately 90 days. (ECF No. 16.) The parties proffer various reasons for the extension, including the need for a site inspection and the previous unavailability of an expert. The Court finds good cause to grant the parties' request based on all the parties' proffered reasons.

Additionally, the Court notes that a settlement conference was previously set before the then assigned Magistrate Judge Thurston, for August 19, 2022. (ECF No. 7.) Due to the confirmation of Judge Thurston as a District Judge (ECF Nos. 13, 14), Judge Thurston will no longer be holding such settlement conference. The settlement conference has not been vacated on the docket, and the Court shall do so through this order. The parties may contact the

Courtroom Deputy Clerk Victoria Gonzales at vgonzales@caed.uscourts.gov or (559) 499-5672, in order to set a settlement conference on a mutually agreeable date if the parties so desire.

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. The settlement conference currently set for August 19, 2022, is VACATED;
2. Nonexpert Discovery Deadline: July 30, 2022;
3. Expert Disclosure Deadline: August 15, 2022;
4. Supplemental Expert Disclosure Deadline: September 1, 2022;
5. Expert Discovery Deadline: October 15, 2022;
6. Non-Dispositive Motion Filing Deadline: November 30, 2022;
7. Dispositive Motion Filing Deadline: January 15, 2023; and
8. Pretrial Conference: September 18, 2023, at 1:30 p.m. in Courtroom 5.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 6, 2022**

UNITED STATES MAGISTRATE JUDGE

2